

## NUMBER 13-08-00575-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

GENERAL MOTORS ACCEPTANCE
CORPORATION,                                                    Appellant,

v.

ELOY SEPULVEDA,                                                 Appellee.

On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam**

Appellant, General Motors Acceptance Corporation, perfected an appeal from a

judgment entered by the County Court at Law No. 6 of Hidalgo County, Texas, in cause

number CL-08-0116-F. Appellant has filed a motion to dismiss the appeal on grounds that

the trial court has entered an order on December 12, 2008, which renders moot this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal in 13-08-00575-CV is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 26th day of February, 2009.

2